No. 41007.—Protests 957960–G, etc., of American Mdse. Co. et al. (Los Angeles, etc.).

Opinion by Dallinger, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

Before the First Division, April 6, 1939

No. 41008.—Protests 840128–G, etc., of Friedlaender Co. (New York).

Opinion by Sullivan, J. It was stipulated that the articles are in chief value of glass, blown or partly blown in the mold, and that they are colored, painted, or otherwise ornamented. On the record presented the claim at 60 percent under paragraph 218 (f) was sustained.

Before the Second Division, April 6, 1939

No. 41009.—Protests 980552–G, etc., of J. L. Galef (New York).

Opinion by Dallinger, J. It was stipulated that the air pistols and parts in question are similar to those passed upon in Laszlo v. United States (C. D. 47). The claim at 27½ percent under paragraph 372 was therefore sustained.

No. 41010.—Protest 977318–G of B. Cribari & Sons (New York).

Opinion by Dallinger, J. In accordance with stipulation of counsel and on the authority of Cribari v. United States (C. D. 6) the bottle caps in question were held dutiable at 30 percent under paragraph 390 as claimed.

No. 41011.—Protests 939906–G, etc., of M. Pressner & Co. (New York).

Opinion by Dallinger, J. It was stipulated that the merchandise consists of needle threaders similar to those the subject of Abstract 38680. The claim at 40 percent under paragraph 339 was therefore sustained.

No. 41012.—Protest 929814–G of S. Lisk & Bro. (New York).

Opinion by Dallinger, J. It was stipulated that the merchandise consists of paper weights, plated with silver, similar to those the subject of Woolworth v. United States (26 C. C. P. A. 221, C. A. D. 20). The claim at 50 percent under paragraph 339 was therefore sustained.